(No. 1810—)

W. E. O'NEIL CONSTRUCTION CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 6, 1933.*

W. E. O'NEIL CONSTRUCTION Co., pro se.

OSCAR E. CARLSTROM, Attorney General; CARL DIETZ, Assistant Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

Claimant asks an award of $11,364.32 as extra compensation for the construction of the Naval Armory at Chicago.

It charges that in building the armory it was put to extra expense, not contemplated, due to delays on the part of the State and to rise in the water level of Lake Michigan. To the declaration the State has filed a plea of former adjudication.

The claimant filed a claim in this court, based on the same facts and circumstances as this, to the January term, 1930, and upon a hearing thereof the same was denied at the September term, 1930, and a rehearing denied November 12, 1930. (*W. E. O'Neil Construction Co.* vs. *State*, 6 Ct. Cl. 450.) The cause having once been heard and decided by this court will not be considered again.

The claim is denied and the case dismissed.